# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED NOVEMBER 28, 2018

### NO. 03-18-00261-CV

**Texas Department of Family and Protective Services; Henry Whitman, in His Official Capacity as DFPS Commissioner; Texas Health and Human Services Commission; Charles Smith, in his Official Capacity as HHSC Executive Commissioner; Corrections Corporation of America; and The GEO Group, Inc., Appellants**

**v.**

**Grassroots Leadership, Inc.; Gloria Valenzuela; E. G. S., for herself and as next friend for A. E. S. G.; F. D. G., for herself and as next friend for N. R. C. D.; Y. E. M. A., for herself and as next friend for A. S. A.; Y. R. F., for herself and as next friend for C. R. R.; S. J. M. G., for herself and as next friend for J. C. M.; K. G. R. M., for herself and as next friend for A. V. R.; C. R. P., for herself and as next friend for A. N. C. P.; B. E. F. R., for herself and as next friend for N. S. V.; S. E. G. E., for herself and as next friend for G. E. A.; Leser Julieta Lopez Herrera, for herself and as next friend for A. B.; and Rose Guzman de Marquez, for herself and as next friend for D. R., Appellees**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the amended final judgment rendered by the trial court on December 16, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's amended final judgment and renders judgment granting appellants' plea to the jurisdiction and dismissing appellees' rule-challenge claims with prejudice. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.